IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR LEE JACOBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:22cv447-WHA-SMD ) (WO) |
| CHILTON COUNTY JAIL, | ) ) |
| Defendant. | ) |

## **ORDER**

On October 3, 2022, the Magistrate Judge filed a Recommendation (Doc. 9) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 9) is ADOPTED.

2. Any pending motions are DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's orders.

A final judgment will be entered separately.

DONE this 1st day of November, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE